UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

OASIS GIN,

    Plaintiff,

v.

    No. 5:20-CV-208-H

PENN MILLER INSURANCE
COMPANY

    Defendant.

## ORDER GRANTING AGREED MOTION TO ABATE

Before the Court is the parties Agreed Motion to Abate the case. Dkt. No. 19. After considering the Motion and the agreement of counsel, the Court finds that the Motion should be granted.

It is ordered that the parties shall submit this lawsuit to appraisal. It is further ordered that this lawsuit is abated pending the appraisal. Lastly, the parties shall file a status report no later than August 23, 2021 and within 14 days of the appraisal's conclusion. The Clerk of Court shall administratively close this case pending further notice.

So ordered on April 28, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE