UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

OASIS GIN, INC.,

    Plaintiff,

v.                                                    No. 5:20-CV-208-H

PENN MILLERS INSURANCE CO.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 33. The agreed motion is granted. It is ordered that all claims in this action are dismissed with prejudice. The parties shall each bear their own costs and attorneys' fees.

So ordered on September 16, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE